IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 26–cv–04559–MDB

TYRELL T. ANDERSON,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and
EQUIFAX INFORMATION SERVICES LLC,

Defendants.

---

## ORDER TO SHOW CAUSE

---

This matter is before the Court on Defendant Experian Information Solutions, Inc.'s ("Experian") failure to appear at the October 26, 2026, Scheduling Conference. The Conference was set for 10:30 AM. When counsel for Experian failed to appear at that time, the Court's Courtroom Deputy called counsel's office, but the call was not answered. At 10:52 AM, counsel sent an email to Chambers stating that she had experienced difficulty logging into the video conference software. The Court notes that this email came over 20 minutes after the Conference was scheduled to start, and that no other participant experienced such difficulties. The Court also notes the email was sent solely to the Court and constituted an *ex parte* communication.

Based on the foregoing it is

**ORDERED** that, on or before **October 28, 2026**, Experian shall show cause, in writing, as to why it and/or its counsel should not be held in contempt for its failure to appear at the

October 26, 2026, Scheduling Conference and for *ex parte* communication with the Court. If the response is not timely filed or fails to show good cause, the Court may issue sanctions without further notice.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff:

Tyrell T. Anderson
6660 Delmonico Drive
#219
Colorado Springs, CO 80919

Dated this 26th day of October, 2026.

**BY THE COURT:**

Maritza Dominguez Braswell
United States Magistrate Judge